UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REMINGTON DONO LEBOE,

Plaintiff,

v.

ROSARIO C. ARCHER, et al.,

Defendants.

CASE NO. 3:26-cv-05460-JLR-DWC

REPORT AND RECOMMENDATION

Noting Date: **August 12, 2026**

This civil rights action filed pursuant to 42 U.S.C. § 1983 has been referred to United States Magistrate Judge David W. Christel. This matter is before the Court following Plaintiff Remington Dono LeBoe's failure to file an amended compliant curing his pleading's deficiencies by the required deadline. *See* Dkt. 7.

On June 11, 2026, the Court screened and declined to serve Plaintiff's complaint in light of several deficiencies. *Id.* Specifically, Plaintiff named improper state defendants, failed to demonstrate personal participation by those defendants sued in their individual capacities, did not support his alleged deliberate indifference claim with sufficient factual detail, and appeared to bring claims not appropriate for review in a § 1983 action. *Id.* at 3–8. The Court provided

instructions on how these deficiencies may be cured, if appropriate, and granted Plaintiff until July 13, 2026, to file an amended pleading. *Id.* at 3–9. Finally, Plaintiff was advised that failure to file an amended complaint by the required deadline could result in a recommendation this action be dismissed. *Id.* at 9.

The deadline to file an amended complaint has elapsed with no amended complaint or other filing received from Plaintiff. *See docket*.

Accordingly, the undersigned recommends this action be dismissed for the reasons stated in the Court's screening order (Dkt. 7) and for failure to properly prosecute.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 12, 2026**.

Dated this 29th day of July, 2026.

David W. Christel
United States Magistrate Judge