UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REMINGTON DONO LEBOE,<br><br>Plaintiff,<br>v.<br><br>ROSARIO C. ARCHER, et al.,<br><br>Defendants. | CASE NO. C26-5460JLR<br><br>ORDER |

Before the court is United States Magistrate Judge David W. Christel's report and recommendation, in which he recommends that the court dismiss *pro se* Plaintiff Remington Dono LeBoe's 42 U.S.C. § 1983 prisoner civil rights complaint for failure to state a claim and failure to prosecute. (R&R (Dkt. # 8); *see also* Compl. (Dkt. # 6); Screening Order (Dkt. # 7) (declining to serve the complaint and granting Mr. LeBoe leave to amend his complaint by no later than July 2, 2026).) The court has considered Magistrate Judge Christel's report and recommendation, the relevant portions of the

record, and the governing law. Being fully advised, the court ADOPTS the report and recommendation and DISMISSES Mr. LeBoe's complaint without prejudice.

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). The district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* Because Mr. LeBoe is proceeding *pro se*, the court must construe his complaint liberally. *See Bernhardt v. Los Angeles Cnty.*, 339 F.3d 920, 925 (9th Cir. 2003).

The court has carefully considered Magistrate Judge Christel's screening order and report and recommendation, and agrees with his reasoning. Accordingly, the court ADOPTS the report and recommendation (Dkt. # 8) in its entirety and DISMISSES Mr. LeBoe's complaint without prejudice. The Clerk is DIRECTED to close this case.

Dated this 13th day of August, 2026.

JAMES L. ROBART
United States District Judge